AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

AARON DANA LYON,

                        Plaintiff,

                                                    JUDGMENT IN A CIVIL CASE

                        v.

WASHINGTON STATE
PENITENTIARY, et al.,                    CASE NUMBER: CV-11-5043-LRS

                        Defendants.

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED:  the Complaint is DISMISSED WITHOUT PREJUDICE.

May 13, 2011
*Date*

JAMES R. LARSEN
*Clerk*
  s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia